**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Kenneth Marion HAMPTON,**
**Defendant–Appellant.**

No. 04–7002.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 15, 2004.

Decided: Oct. 25, 2004.

Kenneth Marion Hampton, Appellant pro se.

Stacey Denise Haynes, Office of the United States Attorney, Columbia, South Carolina, for Appellee.

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kenneth Marion Hampton appeals the district court's orders denying relief on his motion to modify his sentence and his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Hampton,* No. CR–00–616 (D.S.C. filed Apr. 22, 2004 & entered Apr. 24, 2004; May 14, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*